```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

MARK K. TORRES,
    Plaintiff,

    v.                                    CIVIL ACTION NO.
                                             11-11232-MBB

SKIL CORPORATION,
    Defendant.

**FINAL JUDGMENT**

**August 19, 2013**

**BOWLER, U.S.M.J.**

    The issues having been duly heard and decisions rendered by this court, it is **ORDERED** and **ADJUDGED** that plaintiff Mark K. Torres take nothing from defendant Skil Corporation,[1] that this action be dismissed and that defendant recover of plaintiff costs under Rule 54(d)(1), Fed. R. Civ. P.

                                             /s/ Marianne B. Bowler
                                             **MARIANNE B. BOWLER**
                                             United States Magistrate Judge

---

[1] The body of the complaint identifies defendant as Skilcorp (S-B power tool co.).

Case 1:11-cv-11232-MBB   Document 31   Filed 08/19/13   Page 2 of 2